ALEC S. BRACKEN (USB 17178)
CONTIGO LAW
PO BOX 249
Midvale, Utah 84047
Phone: 801-980-9430
Email: alec@contigo.law
Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

JOSE ALBERTO ORELLANA ARRIAZA,

Petitioner

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,

EVAN TJADEN, in his official capacity as Acting ICE Field Office Director,

MIKE SMITH, in his official capacity as the County Sheriff of Utah County and warden of the Utah County Jail,

United States Immigration and Customs Enforcement.

The Executive Office for Immigration Review

Respondents

Civil No.: 2:26-cv-01032-TS

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

IMMIGRATION HABEAS CASE

Upon consideration of the parties' Stipulated Motion to Dismiss, and good cause appearing, the Court hereby ORDERS:

1. The Stipulated Motion to Dismiss is **GRANTED**.
2. This action is **DISMISSED WITHOUT PREJUDICE** as moot, without adjudication of the merits of Petitioner's claims.
3. Any pending motions are **DENIED AS MOOT**.
4. The Clerk of Court is directed to close this case.

DATED this 10th day of November, 2026.

**BY THE COURT:**

**TED STEWART**
United States District Judge